

**IT IS ORDERED**

**Date Entered on Docket: April 4, 2018**

_____
**The Honorable David T. Thuma**
**United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re: Indian Jewelers Supply Co., Inc.,            Case No. 17-11874-t11
A New Mexico Corporation
EIN: 85-0203086
      Debtor.

ORDER ALLOWING DEBTOR TO ABANDON PROPERTY

THIS MATTER came before the Court on Debtor's Motion to Abandon Property (Doc. 101) filed on February 28, 2018 (the "Motion").

The Court, having reviewed the record and considered the Motion, and being sufficiently advised, FINDS:

(a)     On July 21, 2017, the Debtor ("Movant") filed its voluntary petition under chapter 11 of the Bankruptcy Code;

(b)     Movant filed the Motion in this bankruptcy case;

(c) Movant served the notice of the Motion by mail or by use of the Court's case management and electronic filing system for the transmission of notices, as authorized by Fed.R.Civ.P. 5(b)(3) and NM LBR 9036-1, on all creditors and other parties in interest shown on the mailing list maintained by the Clerk of the Bankruptcy Court for this case, specifying an objection deadline of 21 days from the date of service, to which three days was added under Bankruptcy Rule 9006(f);

(d) Notice given of the Motion was sufficient in form and content;

(e) The objection deadline expired on March 26, 2018;

(f) No objections to the Motion were filed, timely or otherwise; and,

(g) The Motion is well taken and should be granted as provided herein.

IT IS, THEREFORE ORDERED:

1. The Motion is hereby approved.

2. The Debtor is allowed to abandon the property as described in the Motion.

###END OF ORDER###

Submitted by:

/s/ Don F. Harris "Electronically Signed"
Don F. Harris
NM Financial Law, P.C.
320 Gold Avenue SW, Suite 601
Albuquerque, NM 87102
Phone: 505-503-1637
Email: dfh@nmfinanciallaw.com
CM/ECF Email: nmfl@nmfinanciallaw.com